SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

  2. Case Administrator

FROM:  Financial Administrator

DATE: October 2, 2015

CASE NAME: Richert

CASE NUMBER: 10-25076

Check Number 959755 in the amount of $ 21,770.56 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10283    Intake Clerk's Initials NF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

09/30/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: MARK A. RICHERT
SUSAN L. RICHERT
Case No: 10-25076GLT

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.
.

                             Flagstar Bank Fsb
                             Bankruptcy Dept
                             5151 Corporate Dr
                             Troy,MI 48098-2639

CHECK NUMBER 959755     AMOUNT $21770.56

   The disbursement(s) was returned to the Trustee for the following reason:

NO PROOF OF ASSIGNMENT FILED

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                                  /s/ Jackie Blough
                                                  Administrative Assistant
                                                  for Ronda J. Winnecour, Esq.
                                                  Chapter 13 Trustee

CC:KENNETH STEIDL ESQ
MARK A. RICHERT
SUSAN L. RICHERT
Flagstar Bank Fsb