**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK A. RICHERT<br>SUSAN L. RICHERT<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>      vs.<br>No Repondents. | Case No.:10-25076GLT<br><br>Chapter 13<br><br>Document No.: |

**TRUSTEE'S CERTIFICATION OF COMPLETION OF THE**
**CHAPTER 13 PLAN AND FINAL ACCOUNTING**

AND NOW, this 4th day of January, 2016, the Chapter 13 Trustee hereby certifies to this Honorable Court that the plan and accounting have been completed. The Trustee further certifies to this Honorable Court that all distribution checks have been finally negotiated or deposited in the Registry of the Bankruptcy Clerk.

| | |
|---|---|
| 1/4/2016 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**ORDER**

AND NOW, this _____ day of _____, _____, upon consideration of the Chapter 13 Trustee's representations to this Court that all matters relating to the Chapter 13 plan and accounting have been completed and upon the Chapter 13 Trustee's further representation that all distribution checks have been finally negotiated or deposited in the Registry of the Bankruptcy Clerk, it is hereby Order and Decreed as follows:

1) That a Final Decree is entered.
2) That the case be closed.
3) That the Chapter 13 Trustee is discharged.

By the Court:

_____        _____
Date                              U.S. Bankruptcy Judge