FILED
JUN 16 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 10-25076-GLT |
| | : | Chapter: 13 |
| Mark A. Richert | : | |
| Susan L. Richert | : | |
| | : | Date: 6/15/2016 |
| *Debtor(s)*. | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**    # 106 - Motion to Pay Unclaimed Funds
                    # 109 - Certificate of No Objection

**APPEARANCES:**
          Debtor:     Julie Steidl
          Flagstar:   Warner Mariani

**NOTES:**

Court - Nothing to verify that the holder of this claim, Flagstar Bank, FSB, assigned its rights to Flagstar Bancorp, Inc.

Mariani - Exhibits include a list of Flagstar Bancorp Inc. and all its subsidiaries (page 11 of the exhibits).

Court - That is a W-9 form that attaches the names of the entities. It just notes that the listed parties are affiliates. Nothing to indicate that Flagstar Bancorp Inc. is entitled to funds payable to Flagstar Bank FSB.

Mariani - Can request documentation from his client.

Steidl - Prior to the closing of the case, received notification that Ditech now owned the Debtors' account, and a single point of contact at Ditech was provided.

**OUTCOME:**

1. Matter continued to July 20, 2016 at 9:30 a.m. (Text Order to issue).
2. Within 30 days, Movant to provide (i) proof of assignment or transfer of rights between Flagstar Bank, FSB and Flagstar Bancorp, Inc. (with respect to this claim); and (ii) clarification of any rights it may hold in the Debtors' mortgage loan vis-a-vis Ditech (to the extent Ditech holds any interest in the loan). (Text Order to issue).

**DATED:** 6/15/2016