## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 10-25076-GLT |
| | ) | |
| Mark A. Richert | ) | |
| Susan L. Richert | ) | |
|     Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| Flagstar Bancorp, Inc. | ) | |
| | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mark A. Richert, | ) | |
| Susan L. Richert, | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondent(s) | | |

### MOTION TO WITHDRAW MOTION TO PAY UNCLAIMED FUNDS UNDER 28 U.S.C. §2042

AND NOW, COMES the Claimant, Flagstar Bancorp, Inc., Successor-in-Interest to its wholly-owned subsidiary, Flagstar Bank FSB, by and through its counsel, Warner Mariani, Esquire, and WARNER MARIANI, LLC, counsel for its Attorney-in-Fact, The Locator Services Group, Ltd., and moves this Honorable Court to permit Claimant to withdraw its motion and states as follows:

1. On May 19, 2016, the Claimant filed a motion to pay unclaimed funds (Doc. # 106).

2. A hearing is scheduled for July 20, 2016.

3. The Claimant wishes to withdraw said motion.

WHEREFORE, I respectfully request that the Claimant's Motion to Withdraw Unclaimed Funds (Doc. # 106) be permitted to be withdrawn.

    Respectfully Submitted,

    WARNER MARIANI, LLC

    /s/ Warner Mariani
    Warner Mariani, Esquire
    428 Forbes Avenue, Suite 555
    Pittsburgh, PA 15219
    (412) 281-3360
    Pennsylvania Bar ID - #61968