## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CASE NO. 10-25076-GLT |
| | ) | |
| Mark A. Richert | ) | |
| Susan L. Richert | ) | |
|    Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| Flagstar Bancorp, Inc. | ) | |
| | ) | |
|       Movant | ) | |
| | ) | |
|       v. | ) | |
| | ) | |
| Mark A. Richert, | ) | |
| Susan L. Richert, | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|    Respondent(s) | | |

### ORDER FOR WITHDRAWAL OF FUNDS PAID INTO COURT

AND NOW, to-wit, this _____ day of _____, 2016, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Motion to Pay Unclaimed Funds (Doc. #106) is permitted to be WITHDRAWN.


Date: _____     _____
                                                     Hon. Gregory L. Taddonio
                                                     Bankruptcy Judge